UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHIRLEY THOMAS, a single individual; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant - Appellant. | No. 15-55075 <br><br> D.C. No. 5:12-cv-02039-PSG-E <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |



RECEIVED
CLERK, U.S. DISTRICT COURT

2/18/15

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MAT\_\_\_\_ DEPUTY

The judgment of this Court, entered January 23, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:
                Molly C. Dwyer
                Clerk of Court

                Rebecca Lopez
                Deputy Clerk

FILED

JAN 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHIRLEY THOMAS, a single individual; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant - Petitioner. | No. 15-55075 <br><br> D.C. No. 5:12-cv-02039-PSG-E Central District of California, Riverside <br><br> ORDER |

Before: GRABER, CALLAHAN, and CHRISTEN, Circuit Judges.

Upon review of the record we conclude that this appeal is appropriate for summary disposition under Ninth Circuit Rule 3-6(a), based on this court's intervening decision in *Corber v. Xanodyne Pharmaceuticals, Inc.,* 771 F.3d 1218 (9th Cir. 2014) (en banc) (reversing remand to state court in related appeals). *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

**REVERSED and REMANDED.**

SVG/MoAtt