JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 12-2039 PSG (Ex) | Date | June 10, 2015 |
|---|---|---|---|
| Title | Shirley Thomas, *et al. v.* McKesson Corp., *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings (In Chambers):**   Order GRANTING Defendants' motion to transfer this action to the Eastern District of Kentucky and finding that Defendants' motion to sever has been RENDERED MOOT.

Pending before the Court is Defendants' motion to transfer this action to the Eastern District of Kentucky or sever.  Dkt. # 56.  The Court held oral argument on the matter on June 8, 2015.  For the reasons stated in *Judith Romo, et al. v. McKesson Corp., et al.*, CV 12-2036 PSG (Ex), Dkt. # 107[1] and after considering the arguments made during oral argument, the Court GRANTS Defendants' motion to transfer this action to the Eastern District of Kentucky and finds that Defendants' motion to sever HAS BEEN RENDERED MOOT.

**IT IS SO ORDERED.**

---

[1] Counsel for Plaintiffs and Defendants conceded during oral argument that the arguments in the papers filed in this action related to the remand motion are substantially similar to those in the remand papers filed in *Judith Romo, et al. v. McKesson Corp., et al.*, CV 12-2036 PSG (Ex).